**Mrs. Lucile WADE, Appellant, v. S. H. KRESS & COMPANY, R. L. Chapman and Kelly Sears, Appellees.**

**No. 4595.**

Circuit Court of Appeals, Fourth Circuit.

Jan. 9, 1940.

W. M. Nicholson, of Lincolnton, N. C., for appellant.

J. Laurence Jones and J. L. DeLaney, both of Charlotte, N. C., for appellees.

PER CURIAM.

Case docketed and appeal dismissed at cost of appellant, on motion of appellees. Order filed.

**George William WRIGHT, Appellant, v. UNITED STATES of America, Appellee.**

**No. 4567.**

Circuit Court of Appeals, Fourth Circuit.

Jan. 8, 1940.

S. H. Sutherland, of Clintwood, Va., and Geo. C. Sutherland, of Grundy, Va., for appellant.

Joseph H. Chitwood, U. S. Atty., of Roanoke, Va., and Howard C. Gilmer, Jr., Asst. U. S. Atty., of Pulaski, Va., for appellee.

PER CURIAM.

Appeal dismissed on motion of appellee. Order filed.

**William Harwood WHITEHEAD, Who Sues In His Own Right and by His Mother and Next Friend, and Guardian ad Litem, Lina Robinson Whitehead, Appellant, v. William E. LOTT, Appellee.**

**No. 4576.**

Circuit Court of Appeals, Fourth Circuit.

Jan. 31, 1940.

T. C. Gordon, Jr., and Robert G. Butcher, both of Richmond, Va., and Leigh D. Williams, of Norfolk, Va., for appellant.

W. R. Ashburn and I. W. Jacobs, both of Norfolk, Va., for appellee.

PER CURIAM.

Case entered dismissed under Rule 23 in accordance with agreement of counsel.